DANIEL J. BRODERICK, Bar #89424
Federal Defender
MATTHEW M. SCOBLE, Bar# 237432
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
ARMANDO HERRERA-ROJAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ARMANDO HERRERA-ROJAS, ) <br> ) <br> Defendant. ) <br> ) <br> _____ ) | Cr.S. 10-493-GEB <br><br> **STIPULATION AND [PROPOSED] ORDER** <br><br> DATE: March 25, 2011 <br> TIME: 9:00 a.m. <br> JUDGE: Hon. Garland E. Burrell Jr. |

    It is hereby stipulated and agreed to between the United States of America through MICHELE BECKWITH, Assistant U.S. Attorney, and defendant, ARMANDO HERRERA-ROJAS by and through his counsel, MATTHEW M. SCOBLE, Assistant Federal Defender, that the status conference set for Friday, March 11, 2011, be continued to Friday, March 25, 2011, at 9:00 a.m..

    The reason for this continuance is to allow defense counsel additional time to review discovery with the defendant, to examine possible defenses and to continue investigating the facts of the case.

It is further stipulated that the time period from the date of this stipulation, March 9, 2011, through and including the date of the new status conference hearing, March 25, 2011, shall be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. §§ 3161(h)(7)(B)(iv) and Local Code T4 [reasonable time for defense counsel to prepare].

```
DATED: March 9, 2011          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              /s/ Matthew M. Scoble
                              MATTHEW M. SCOBLE
                              Assistant Federal Defender
                              Attorney for Defendant
                              ARMANDO HERRERA-ROJAS


DATED: March 9, 2011          BENJAMIN B. WAGNER
                              United States Attorney

                              /s/ Matthew M. Scoble
                              MICHELE BECKWITH
                              Assistant U.S. Attorney
                              Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** Time is excluded from today's date through and including March 25, 2011, in the interests of justice pursuant to 18 U.S.C. §3161(h)(7)(B)(iv) [reasonable time to prepare] and Local Code T4.

Dated:  March 9, 2011

_____
GARLAND E. BURRELL, JR.
United States District Judge